UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

OOFOS, INC.,

                  Plaintiff,           25-cv-2323 (JGK)

     - against -                ORDER

NYKY USA CORP., ET AL.,
                  Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendants should file the motion to stay the case by **July 11, 2025.** The plaintiff should respond by **July 25, 2025.** The defendants should reply by **August 8, 2025.**

    The time to answer the complaint is stayed pending a decision on the motion to stay the case.

SO ORDERED.
Dated:    New York, New York
           July 7, 2025

                                      _____
                                      John G. Koeltl
                                United States District Judge