UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OOFOS, INC,

                Plaintiff(s)

      -against-

NYKY USA CORP, et al,

               Defendant(s).
------------------------------------------------------------X

25 civ 2323 (JGK)

## ORDER

The conference scheduled for Wednesday, July 30, 2025, at 3:30pm is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 22, 2025