```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
OOFOS, INC.,

                Plaintiff,           25-cv-2323 (JGK)

  - against -                      <u>ORDER</u>

NYKY USA CORP. & NYKY S.R.L.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties shall each file a letter, not to exceed three pages, addressing whether the TTAB's September 24, 2025 decision to suspend its proceeding pending disposition of a civil action would have any effect on the pending motion to stay before this Court. The letters shall be filed by **October 10, 2025**.

SO ORDERED.

Dated:    New York, New York
            October 2, 2025

                                        John G. Koeltl
                                United States District Judge